William (W. M.) PATRICK and Lewis Patrick, Appellants, v. UNITED STATES of America, Appellee.

No. 10595.

United States Court of Appeals
Sixth Circuit.

Oct. 21, 1948.

L. Clyde Farley, of Pikeville, Ky., for appellant.

Claude P. Stephens, of Lexington, Ky., for appellee.

Before HICKS, Chief Judge, and Mc-ALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This case was heard upon the transcript of the record, briefs and arguments of counsel, and it appearing to the court that there was substantial evidence to support the verdict of the jury, and that there is no reversible error in the record, it is therefore ordered and adjudged that the judgments appealed from be and the same are in all respects affirmed.